IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3036 |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE HERNANDEZ-REYES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's motion for time, filing 11, is granted and the deadline for filing pretrial motions is extended to May 11, 2005.

Dated May 6, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge