IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL -8 PM 3: 34

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3036 |
| v. ) | |
| ) | |
| JORGE HERNANDEZ-REYES, ) | |
| ) | ORDER |
| Defendant. ) | |

IT IS ORDERED:

1. Defendant's motion to continue, filing _____, is granted and the change of plea hearing is continued to August 4, 2005 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 8th day of July, 2005.

BY THE COURT:

David L. Piester
United States Magistrate Judge